**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DAVID LEE NICHOLS, SR.,

        Plaintiff,

v.                                                             Case No. 6:14-cv-928-Orl-37TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

**ORDER**

    This cause is before the Court on U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation ("R&R") regarding the Commissioner of Social Security's administrative decision to deny Plaintiff's application for disability insurance benefits. (Doc. 15.) Upon consideration, and in the absence of objection, the Court finds that the R&R is due to be adopted and confirmed. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *see also Thomas v. Arn*, 474 U.S. 140, 150–51 (1985) (concluding that the "clearly erroneous" standard of review applies to both findings of fact and conclusions of law in an R&R that goes without objection).

    Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.     U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The administrative decision of the Commissioner of Social Security (Doc. 12-2, pp. 11–24) is **AFFIRMED**.

3.     The Clerk is **DIRECTED** to:

    a.     enter judgment in favor of the Commissioner of Social Security and

    against Plaintiff;

  b.  terminate all pending matters; and

  c.  close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 21, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record